In the Matter of the Claim of Rocco CIRILLO, Respondent, against NATALE GERACI and Another, Doing Business under the Firm Name and Style of N. GERACI & SON, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion granted unless the appellants perfect their appeal fifteen days prior to the com-

mencement of the September Compensation Term. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ALICE CROWELL, Respondent, against AMERICAN FRUIT GROWERS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JAMES MACK, Appellant, against CHENANGO CONSTRUCTION COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion denied. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.